United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                    Case No. 25-01073-JAW

Tanisha Janette Bridges                                                   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                    User: mssbad                          Page 1 of 1

Date Rcvd: Apr 25, 2025                 Form ID: def                     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2025:**

**Recip ID            Recipient Name and Address**
db                    + Tanisha Janette Bridges, 93 Johnsontown Rd, Lake, MS 39092-9701

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2025                  Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2025 at the address(es) listed below:

**Name                        Email Address**

Thomas Carl Rollins, Jr
                             on behalf of Debtor Tanisha Janette Bridges trollins@therollinsfirm.com
                             jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                             nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
                             USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 2

mssb−defntc (Rev. 12/23)

## UNITED STATES BANKRUPTCY COURT
### Southern District of Mississippi

In re:                                              Case No.:  25−01073−JAW
                                                    Chapter:  7

    Tanisha Janette Bridges
    aka Tanisha J Bridges
    93 Johnsontown Rd
    Lake, MS 39092

Social Security / Individual Taxpayer ID No.:
    xxx−xx−7228

Employer Tax ID / Other nos.:

## DEFICIENCY NOTICE
### (Notice of Missing Documents and
### Notice of Dismissal if Documents Not Timely Filed)

To the Debtor(s) and his attorney, if any:

In order for this case to be administered, it is necessary that the item(s) described below be filed immediately.

Ch 7 Income Form 122A−1 due 05/09/2025
Aty Disclosure Stmt. due 05/09/2025
Schedules A−J2 due 05/09/2025
Sum. of Assets and Liabilities due 05/09/2025
Stmt. of Fin. Affairs due 05/09/2025

In the event the Schedules, Statements, and Other Documents pursuant to Federal Rules of Bankruptcy Procedure, Rule 1007(c) and/or 3015(b) are not filed on or before the above due deadline, this case may be dismissed without further notice or hearing.

**Dated:** 4/25/25                          Danny L. Miller, Clerk of Court
                                            Thad Cochran U.S. Courthouse
                                            501 E. Court Street
                                            Suite 2.300
                                            Jackson, MS 39201

**Note:** Pursuant to Miss. Bankr. L. R. 1009−1, it is the responsibility of the debtor to notice any added creditors. Therefore, if there are creditors listed on the schedules which were not listed when the matrix was initially filed, the debtor/attorney for debtor should notice the added creditors. A copy of the notice with certificate of mailing should be filed simultaneously with the schedules.