# CERTIFICATE OF TITLE

Form # 79 001

## STATE OF MISSISSIPPI

**ORIGINAL**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E G UNIT #) |
|---|---|---|---|---|---|---|
| 5NPE34AFXKH773376 | HYUN | 2019 | SONATA | SD | MS1997061632 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 03/28/2022 | | 4 | USED | PC | 69562 ACTUAL |

**OWNER(S)**

BRIDGES, TANISHA
93 JOHNSONTOWN RD
LAKE MS 39092-9701

**BRANDS**

**1ST LIENHOLDER**

GLOBAL LENDING SERVICES
PO BOX 311
WILLIAMSVILLE NY 14231

**DATE** 03/01/2022

**2ND LIENHOLDER**

**DATE**

**MAIL TO**

GLOBAL LENDING SERVICES
PO BOX 311
WILLIAMSVILLE NY 14231

M147 3



LIEN SATISFACTION THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF

1ST LIEN _____ BY _____
            (LIENHOLDER)                    (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20_____

2ND LIEN _____ BY _____
            (LIENHOLDER)                    (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20_____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS THE 28TH DAY OF MARCH 2022

The Mississippi Department of Revenue hereby certifies that on application duly made the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63 21 1 Mississippi Code of 1972 and subject to the provisions thereof

**CONTROL NUMBER**
O 03802187

**MISSISSIPPI DEPARTMENT OF REVENUE**

**VOID IF ALTERED**

***NOTICE ANY ALTERATION OR ERASURE VOIDS THE ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW***

Federal and State Law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment

### ASSIGNMENT OF TITLE BY REGISTERED OWNER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address with warranty to be free of all encumbrances except as shown at bottom of page

Name _____ Address _____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

_____
ODOMETER READING (No Tenths)

CAUTION  READ CAREFULLY BEFORE YOU CHECK A BLOCK

☐ 1  The mileage stated is in excess of its mechanical limits
☐ 2  The odometer reading is not the actual mileage
WARNING   ODOMETER DISCREPANCY

**SELLER**
Signature(s) _____  Printed Name(s) _____  Date of Sale _____

I am aware of the above odometer certification made by seller
**BUYER**
Signature(s) _____  Printed Name(s) _____

### FIRST RE-ASSIGNMENT BY LICENSED DEALER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address with warranty to be free of all encumbrances except as shown at bottom of page

Name _____ Address _____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

_____
ODOMETER READING (No Tenths)

CAUTION  READ CAREFULLY BEFORE YOU CHECK A BLOCK

☐ 1  The mileage stated is in excess of its mechanical limits
☐ 2  The odometer reading is not the actual mileage
WARNING   ODOMETER DISCREPANCY

**DEALER OR AGENT**
Signature(s) _____  Printed Firm Name _____  Date of Sale _____

I am aware of the above odometer certification made by seller
**BUYER**
Signature(s) _____  Printed Name(s) _____

### SECOND RE-ASSIGNMENT BY LICENSED DEALER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address with warranty to be free of all encumbrances except as shown at bottom of page

Name _____ Address _____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

_____
ODOMETER READING (No Tenths)

CAUTION  READ CAREFULLY BEFORE YOU CHECK A BLOCK

☐ 1  The mileage stated is in excess of its mechanical limits
☐ 2  The odometer reading is not the actual mileage
WARNING   ODOMETER DISCREPANCY

**DEALER OR AGENT**
Signature(s) _____  Printed Firm Name _____  Date of Sale _____

I am aware of the above odometer certification made by seller
**BUYER**
Signature(s) _____  Printed Name(s) _____

### THIRD RE-ASSIGNMENT BY LICENSED DEALER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address with warranty to be free of all encumbrances except as shown at bottom of page

Name _____ Address _____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

_____
ODOMETER READING (No Tenths)

CAUTION  READ CAREFULLY BEFORE YOU CHECK A BLOCK

☐ 1  The mileage stated is in excess of its mechanical limits
☐ 2  The odometer reading is not the actual mileage
WARNING   ODOMETER DISCREPANCY

**DEALER OR AGENT**
Signature(s) _____  Printed Firm Name _____  Date of Sale _____

I am aware of the above odometer certification made by seller
**BUYER**
Signature(s) _____  Printed Name(s) _____

### LIENHOLDER TO BE SHOWN ON NEW TITLE

Lien in favor of _____

whose address is _____

*SCRAPPED, DISMANTLED OR DESTROYED VEHICLE — This is to be filled in by Vehicle Owner. Certificate of Title must be mailed or delivered to the Mississippi Department of Revenue. I/we hereby warrant that the Vehicle described on the reverse side of this Certificate was scrapped, dismantled or destroyed on _____ 20 _____*

Owner's Signature