

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: June 20, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**
**Tanisha Janette Bridges,**                                                  **CHAPTER 7**
         **Debtor**                                      **CASE NO.: 25-01073-JAW**

### ORDER LIFTING AUTOMATIC STAY,
### ABANDONING PROPERTY AND OTHER RELIEF [Dkt. #12  ]

**CAME BEFORE THIS COURT** on the motion of Global Lending Services LLC

("Movant") for relief from the automatic stay, for abandonment and for other relief, the Debtor

having failed to respond and the Court, being advised in the premises, hereby finds that the

motion should be granted.

**IT IS THEREFORE ORDERED** and **ADJUDGED** that Movant is granted relief from

the automatic stay of 11 U.S.C. § 362 and that the Property is abandoned to Movant pursuant to

11 U.S.C. § 554(b) of the Bankruptcy Code as to the following property: 2019 HYUNDAI

SONATA , VIN: 5NPE34AFXKH773376.

### ##END OF ORDER##

Submitted by:
**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:     (601) 944-0466
Facsimile:      (601) 944-0467
cbarbour@blswlaw.com
Attorney for Movant